IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KENNETH S.,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:18-CV-2450-L** |
| **ANDREW SAUL, Commissioner of** **the Social Security,** | § | |
| Defendant. | § | |

# ORDER

On July 31, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 21) ("Report") was entered, recommending that the court reverse the Commissioner's decision, and remand the case for further administrative proceedings. No objections to the Report were filed.

After reviewing the briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**; and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 15th day of August, 2019.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page